| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 1:CR-98-320-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) O6-PT-337-TFH |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Nathaniel Taylor | M/PA | Harrisburg |
| | NAME OF SENTENCING JUDGE The Honorable Sylvia H. Rambo | |
| | DATES OF SUPERVISED RELEASE FROM 5/15/2005 | TO 5/14/2007 |

OFFENSE
Possession of a Knife by a Federal Inmate, 18 U.S.C. § 1791 (a)(2) and (d)(1)(B)

RECEIVED FRONT OFFICE
2006 AUG -3 A 8:52
U.S. PROBATION OFFICE
DISTRICT OF COLUMBIA

FILED
AUG 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Middle** DISTRICT OF **Pennsylvania**

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Columbia** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6/30/06
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF **Columbia**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Aug. 1, 2006
Effective Date

_[signature] Thomas F. Hogan_
United States District Judge