UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

FILED

NOV 30 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

U.S.A. vs. **Nathaniel Taylor**                                      Docket No.: **PT-06-337**

### REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER that a warrant be issued as a detainer to ensure jurisdiction is retained in Nathaniel Taylor's pending hearing on violation of supervised release scheduled for January 23, 2007.

Mr. Taylor is currently been held without bond.

### ORDER OF COURT

Considered and ordered this ___28th___ day of __November__, 2006.

_____
Thomas F. Hogan
Chief Judge
United States District Court