Prob I9-DC
(1/82)

# United States District Court for the District of Columbia

**FILED**

JAN 0 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. Nathaniel Taylor        Docket No.: PT 06-337

TO: ¹Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |||||
| NAME OF SUBJECT<br>Nathaniel Taylor || SEX<br>Male | RACE<br>Black | AGE<br>37 |
| ADDRESS (STREET, CITY, STATE) |||||
| SENTENCE IMPOSED BY (NAME OF COURT)<br>U.S. District Court, Washington, DC |||||
| CLERK<br>Nancy Mayer-Whittington | (BY) DEPUTY CLERK ||| DATE<br>10/18/06 |

| RETURN ||||
|---|---|---|---|
| Warrant received and executed | DATE RECEIVED<br>12-8-06 || DATE EXECUTED<br>1-4-07 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>US Marshal Svc ||||
| NAME<br>George Walsh | (BY)<br>Jaud Baldwin || DATE<br>1-4-07 |

---

¹Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the District of Columbia;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."