UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NATHANIEL TAYLOR,<br><br>Defendant. | Criminal Action No.<br>PT 06-337<br><br>TFH/DAR |

**FILED**
APR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### REPORT AND RECOMMENDATION

Defendant, his counsel, his assigned United States Probation Officer and an Assistant United States Attorney appeared before the undersigned United States Magistrate Judge on April 17, 2007 for a preliminary revocation hearing.

On April 10, 1996, the defendant pled guilty to one count of unlawful possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1), and was sentenced to a period of incarceration of 80 months followed by a three-year term of supervised release. On April 16, 1999, Defendant pled guilty in the Eastern District of Pennsylvania to possession of a knife by a federal inmate in violation of 18 U.S.C. §§ 1791(a)(2), (d)(1)(B) and was sentenced to a period of incarceration of 27 months followed by a two-year term of supervised release. Supervision commenced on May 15, 2005 and is scheduled to expire on May 14, 2008. Jurisdiction of the latter case was transferred to this court in August, 2006.

On November 24, 2006, the assigned Probation Officer submitted a Request for Course of Action (Form 12) and a supporting memorandum that outlined three alleged violations of Defendant's conditions of supervised release, and requested a hearing to address the matter. The

United States v. Taylor                                                                                               2

violations are: (1) Defendant was arrested on June 2, 2006, and on June 3, 2006, he was charged with unlawful possession of a firearm and ammunition by a person convicted of a felony and possession of a controlled substance; (2) Defendant failed to contact his Probation Officer regarding this arrest within 72 hours; and (3) Defendant was arrested on October 28, 2006 for carrying a pistol without a license and possession of unregistered ammunition.

At the hearing, the Defendant, through his counsel, conceded all three alleged violations.

The Probation Officer recommended that the sentencing court revoke Defendant's supervised release and sentence the Defendant within the applicable Sentencing Guidelines range of 21-27 months. The Assistant United States Attorney concurred in the recommendation of the Probation Officer, and stated that in accordance with the plea agreement in <u>United States v. Nathaniel Taylor</u>, Criminal No. 06-167 (Document No. 10, ¶5), the government will ask that the sentencing court sentence the Defendant at the lower end of the Sentencing Guidelines, and that the sentence run consecutive to Defendant's current sentence. The Probation Office and Defendant, through his counsel, agreed that the government was obligated to request a sentence at the low end of the Guidelines pursuant to the plea agreement.

The Court finds, based on the representations made by counsel for the government, the assigned United States Probation Officer, and counsel for the Defendant, that Defendant has violated his conditions of supervised release as alleged. Accordingly, the undersigned will

United States v. Taylor 3

recommend that Defendant's term of supervised release be revoked, and that an appropriate sentence be imposed.

It is, on this 23rd day of April, 2007,

**SO RECOMMENDED**.

DEBORAH A. ROBINSON
United States Magistrate Judge