A 245 D (Rev. DC 03/06) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## for the District of Columbia

FILED

MAY 15 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.   Case Number   PT 06-337

NATHANIEL TAYLOR

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release
(For Offenses Committed On or After November 1, 1987)

The defendant, NATHANIEL TAYLOR, was represented by TONY AXAM-FPD

It appearing that the defendant, who was sentenced on APRIL 10, 1996 in the above styled cause and was placed on Supervised Release, has violated the terms of supervision;

It is hereby ORDERED and ADJUDGED, this 14TH day of MAY 2007 that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

**TWENTY-ONE (21) MONTHS TO RUN CONCURRENT WITH THE SENTENCE IN CR 95-336 AND CONSECUTIVE TO THE SENTENCE IN CR 06-167. NO FURTHER TERM OF SUPERVISED RELEASE ORDERED.**

IT IS ORDERED that the Clerk deliver a certified copy of this commitment to the United States Marshal or other qualified officer and the same shall serve as the commitment of the defendant.

Signed this 14 day of MAY 2007

CHIEF JUDGE THOMAS F. HOGAN, U.S. DISTRICT COURT JUDGE

